UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CAROLYN S. CROFT, | * | JURY DEMAND |
| | * | |
| Plaintiff, | * | No. 1:13-CV-184 |
| | * | |
| v. | * | |
| | * | *Collier/Lee* |
| TENNESSEE DEPARTMENT OF | * | |
| TRANSPORTATION, | * | |
| | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL

Come the parties, through counsel, and announce to the Court that the matters in controversy have been compromised and settled and should be dismissed with prejudice. It is therefore,

ORDERED, ADJUDGED, and DECREED that the Complaint and all causes of action of Carolyn Croft, against and relating to the Tennessee Department of Transportation, arising out of the matters alleged in the Complaint, should be and hereby are dismissed with prejudice; it is further,

ORDERED, ADJUDGED, and DECREED that the parties shall be responsible for their own discretionary costs, if any.

ORDERED this _____ day of _____, 2014.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE